# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00062-MOC-DSC

| | |
|---|---|
| ACCELERATION ACADEMIES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CHARLESTON ACCELERATION ACADEMY, INC., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Kevin M. McKenna and Carolyn Naylor Flynn]" (documents ##7-8) filed January 30, 2020. For the reasons set forth therein, the Motions will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: February 17, 2020

David S. Cayer
United States Magistrate Judge